IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 5:09-CR-104-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHAN JORDAN, | ) | |
| Defendant. | ) | |

The court orders the transmittal of a sealed document found at D.E. 54 in this case to the United States District Court for the District of South Carolina. The court DIRECTS the Clerk to provide the document at the appropriate address.

SO ORDERED, this 23 day of January 2019.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE